IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES HAMILTON,     *

    Plaintiff,     *

v.     *    Case No. WDQ-07-02952

BALTIMORE POLICE     *
DEPARTMENT, et al.,

    Defendants.     *

..............................................................

### STIPULATION OF DISMISSAL

The parties hereto, by and through their respective undersigned counsel, hereby agree to dismiss this action with prejudice, and each party will bear its own costs.

Dated: April 9, 2009

                                                           Respectfully submitted,

/s/_____                     /s/_____

Neal M. Janey, Jr., Esq.                        Robert L. Smith, Jr., Esq.
Fed. Ct. Bar No. 26800                         Fed. Ct. Bar No. 024468
Assistant City Solicitor                          10 N. Calvert St., Suite 204
Office of Legal Affairs                           Baltimore, Maryland 21202
Baltimore Police Department               (410) 244-1222
C/O 242 W. 29th Street
Baltimore, MD 21211
(410) 396-2494